**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Jaylen Raquon Paulk |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (If known) | 21-50830-lrc |

Check if this is:

■ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                        12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Receiver | |
| Employer's name | Walmart | |
| Employer's address | 702 SW 8th Street<br>Bentonville, AR 72712 | |
| How long employed there? | February 2022 | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 1,995.00 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ 1,995.00 | $ N/A |

Official Form 106I                            Schedule I: Your Income                                page 1

Debtor 1  Jaylen Raquon Paulk                           Case number (*if known*)  21-50830-lrc

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | **Copy line 4 here** | 4. | $ 1,995.00 | $ N/A |
| 5. | **List all payroll deductions:** |  |  |  |
|  | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 239.00 | $ N/A |
|  | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
|  | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
|  | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
|  | 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
|  | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
|  | 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
|  | 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 239.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 1,756.00 | $ N/A |
| 8. | **List all other income regularly received:** |  |  |  |
|  | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
|  | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
|  | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
|  | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
|  | 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
|  | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
|  | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
|  | 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,756.00 + $ N/A = | $ 1,756.00 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. | +$ 0.00 |  |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ 1,756.00 **Combined monthly income** |  |

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Official Form 106I                             Schedule I: Your Income                                    page 2

Document Ref: CBOD5-PWX9G-OJ6LY-PHGTT

Fill in this information to identify your case:

Debtor 1: **Jaylen Raquon Paulk**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (If known): **21-50830-lrc**

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☒ No
   Do not list Debtor 1 and Debtor 2.  ☐ Yes. Fill out this information for each dependent.............
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ **300.00**

   **If not included in line 4:**

   4a. Real estate taxes    4a. $ **0.00**
   4b. Property, homeowner's, or renter's insurance    4b. $ **0.00**
   4c. Home maintenance, repair, and upkeep expenses    4c. $ **0.00**
   4d. Homeowner's association or condominium dues    4d. $ **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ **0.00**

Official Form 106J        Schedule J: Your Expenses        page 1

| Debtor 1 | Jaylen Raquon Paulk | Case number (if known) | 21-50830-lrc |
|---|---|---|---|

6. **Utilities:**
   6a.  Electricity, heat, natural gas     6a. $ 0.00
   6b.  Water, sewer, garbage collection     6b. $ 0.00
   6c.  Telephone, cell phone, Internet, satellite, and cable services     6c. $ 150.00
   6d.  Other. Specify:     6d. $ 0.00
7. **Food and housekeeping supplies**     7. $ 450.00
8. **Childcare and children's education costs**     8. $ 0.00
9. **Clothing, laundry, and dry cleaning**     9. $ 50.00
10. **Personal care products and services**     10. $ 100.00
11. **Medical and dental expenses**     11. $ 0.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.     12. $ 300.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**     13. $ 0.00
14. **Charitable contributions and religious donations**     14. $ 0.00
15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.
   15a.  Life insurance     15a. $ 0.00
   15b.  Health insurance     15b. $ 0.00
   15c.  Vehicle insurance     15c. $ 0.00
   15d.  Other insurance. Specify:     15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify:     16. $ 0.00
17. **Installment or lease payments:**
   17a.  Car payments for Vehicle 1     17a. $ 0.00
   17b.  Car payments for Vehicle 2     17b. $ 0.00
   17c.  Other. Specify:     17c. $ 0.00
   17d.  Other. Specify:     17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**     18. $ 0.00
19. **Other payments you make to support others who do not live with you.**
Specify:     19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
   20a.  Mortgages on other property     20a. $ 0.00
   20b.  Real estate taxes     20b. $ 0.00
   20c.  Property, homeowner's, or renter's insurance     20c. $ 0.00
   20d.  Maintenance, repair, and upkeep expenses     20d. $ 0.00
   20e.  Homeowner's association or condominium dues     20e. $ 0.00
21. **Other:** Specify: Anticipated car payment     21. +$ 400.00

22. **Calculate your monthly expenses**
   22a. Add lines 4 through 21.     $ 1,750.00
   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     $
   22c. Add line 22a and 22b. The result is your monthly expenses.     $ 1,750.00

23. **Calculate your monthly net income.**
   23a. Copy line 12 *(your combined monthly income)* from Schedule I.     23a. $ 1,756.00
   23b. Copy your monthly expenses from line 22c above.     23b. -$ 1,750.00
   23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.     23c. $ 6.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
   ■ No.
   ☐ Yes.     Explain here:

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jaylen** | **Raquon** | **Paulk** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | 21-50830-lrc | | |

■ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7  12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bridgecrest Credit Co. LLC**<br><br>Description of property securing debt: **2014 Chevrolet Camaro 73,000 miles Vehicle** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>■ Yes |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |

Official Form 108   Statement of Intention for Individuals Filing Under Chapter 7   page 1

| Debtor 1 | Jaylen Raquon Paulk | Case number (*if known*) | 21-50830-lrc |
|---|---|---|---|

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

Lessor's name:
Description of leased Property:
☐ No
☐ Yes

**Part 3:   Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Jaylen Raquon Paulk**          X  _____
**Jaylen Raquon Paulk**                    Signature of Debtor 2
Signature of Debtor 1

Date   **October 30, 2023**              Date

Official Form 108   **Statement of Intention for Individuals Filing Under Chapter 7**   page 2

Document Ref: CBOD5-PWX9G-OJ6LY-PHGTT

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Jaylen** | **Raquon** | **Paulk** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number  **21-50830-lrc** | | | |
| (if known) | | | |

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................   $ **0.00**

   1b. Copy line 62, Total personal property, from Schedule A/B....................................................   $ **15,588.00**

   1c. Copy line 63, Total of all property on Schedule A/B..............................................................   $ **15,588.00**

**Part 2:    Summarize Your Liabilities**

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*   $ **21,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................   $ **464.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*..........................   $ **8,911.00**

   **Your total liabilities**   $ **30,375.00**

**Part 3:    Summarize Your Income and Expenses**

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*..............................................................   $ **1,756.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*.........................................................................   $ **1,750.00**

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum         Summary of Your Assets and Liabilities and Certain Statistical Information         page 1 of 2

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Document Ref: CBOD5-PWX9G-OJ6LY-PHGTT

Debtor 1  **Jaylen Raquon Paulk**       Case number *(if known)* **21-50830-lrc**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   $ **1,550.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 464.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 464.00 |

Official Form 106Sum       **Summary of Your Assets and Liabilities and Certain Statistical Information**       page 2 of 2

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Document Ref: CBOD5-PWX9G-OJ6LY-PHGTT

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jaylen Raquon Paulk** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | |
| Case number | **21-50830-lrc** | |
| (if known) | | ■ Check if this is an amended filing |

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  **/s/ Jaylen Raquon Paulk**                      X _____
**Jaylen Raquon Paulk**                              Signature of Debtor 2
Signature of Debtor 1

Date  **October 30, 2023**                           Date _____

Official Form 106Dec            Declaration About an Individual Debtor's Schedules

Document Ref: CBOD5-PWX9G-OJ6LY-PHGTT

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Jaylen Raquon Paulk**  
Debtor(s)

Case No.  **21-50830-lrc**  
Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 1,700.00 |
   | Prior to the filing of this statement I have received | $ 0.00 |
   | Balance Due | $ 1,700.00 |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Base/flat fee services:**
      **Assisting client obtain pre-filing credit counseling**
      **Assisting client obtain pay advices**
      **Assisting client obtain tax transcripts, returns, and other relative documentation**
      **Assisting in the preparation and completion of client's bankruptcy petition**
      **Preparing and filing changes of address**
      **Pre-confirmation turnover proceedings**
      **Stop creditor actions against client**
      **Motion to Extend Stay or to Impose Stay**
      **Motion for Finding of Exigent Circumstances**
      **Obtaining Employment Deduction Order and serving employer**
      **Order to Vacate Employer Deduction Order**
      **Attending and representing client at the 341 Hearing and any reset hearings**
      **Attending and representing client at the Confirmation Hearing and any reset hearings**
      **Preparing and filing Modifications necessary to confirm client's plan**
      **Preparing and filing lien avoidances necessary to confirm client's plan**
      **Objections to claims necessary to confirm plan**
      **Objections to late filed claims**
      **Bar date review (and all resulting/related pleadings)**
      **Provide information in obtaining pre-discharge financial counseling certificate**
      **Post-Confirmation amendment to add creditors**
      **Resolving Trustee or creditor motions to modify the plan**

      **Debtor's attorney has received $0.00 towards the base fee agreed upon by Debtor and Debtor's attorney.  Should the case be dismissed prior to confirmation of the plan, the balance of the funds held by the Trustee, after adjustments for payments under 11 U.S.C. 1326 (a)(1)(B) or (C) and administrative fees, shall be paid to Debtor's**

In re  **Jaylen Raquon Paulk**　　　　　　　　　　　　　　　Case No.  **21-50830-lrc**
　　　　　　　　　　　Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED
## (Continuation Sheet)

attorney up to $2,500.00.  Any balance above $2,500.00 shall be requested by Debtor's attorney through a fee application.  Should the case be dismissed after confirmation, the Trustee shall pay to the Debtor's attorney from the funds held the full remaining base fee.

In the event of a Conversion:  Should the current case be converted after confiramtion of the plan, Debtor hereby directs the Chapter 13 Trustee to pay Debtor's attorney the balance of the base fee.  Should the current case be converted prior to confirmation, Debtor hereby directs the Chapter 13 Trustee to pay Debtor's attorney the balance of the base fee, up to $2,500.00.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Motion to Retain Refund $500.00
   Motion to Strip Lien $500.00
   Post-confirmation add creditors $300.00
   Post-confirmation plan/schedule modification $400.00
   Post-confirmation Motion for Relief from Stay (no fee dispute/no insurance) $300.00
   Post-confirmation Motion for Relief from Stay (fee dispute)$600
   Post-confirmation Motion to Retain Garnished Funds $400
   Motion to Suspend/Excuse Payments $500.00
   Motion to Sell/Refinance Property $500.00
   Motion to Approve Compromise $500.00
   Application to Employ Professional $500.00
   Trustee or creditor motions to modify the plan $300.00
   Objections to Late Claim (post bar date review) $200.00
   Motion to Voluntary Dismiss Case $250.00
   Motion to Dismiss for Failure to Submit Tax Return $200.00
   Motion to Sever/Dismiss as to one joint debtor $350.00
   Motion to Reopen, Reconsider or Vacate Dismissal $500.00
   Motion to Reimpose Stay $500.00
   Motion to Incur Debt/Loan Modification $450.00
   Miscellaneous Matters $500.00
   Credit Report $60
   Credit Counseling $30
   Photo Copy $75**

   In addition to the overall fee structure, in the event that the case is dismissed or converted to Chapter 7, the Chapter 13 Trustee shall deliver to Debtor's counsel the unpaid amount of the agreed upon fees up to (i) $2500 upon pre-confirmation conversion or dismissal or (ii) the allowed fees upon a post confirmation conversion or dismissal.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 30, 2023** | **/s/ Stanley J. Kakol, Jr.** |
| *Date* | **Stanley J. Kakol, Jr. 406060** |
| | *Signature of Attorney* |
| | **Law Offices of Stanley J. Kakol, Jr.** |
| | **5353 Fairington Road, Suite C** |
| | **Lithonia, GA 30038-1164** |
| | **(770) 800-0440   Fax: (770) 800-0494** |
| | **stan@sjklawfirm.com** |
| | *Name of law firm* |

# Signature Certificate

Reference number: CBOD5-PWX9G-OJ6LY-PHGTT

| Signer | Timestamp | Signature |
|---|---|---|
| **Jaylan Paulk**<br>Email | | |
| Sent:<br>Viewed:<br>Signed: | 30 Oct 2023 19:33:06 UTC<br>30 Oct 2023 21:16:40 UTC<br>30 Oct 2023 21:17:31 UTC | *Jaylen Paulk* |
| **Recipient Verification:** | | IP address: 24.112.118.209<br>Location: Douglas, United States |
| ✔Email verified | 30 Oct 2023 21:16:40 UTC | |

Document completed by all parties on:
30 Oct 2023 21:17:31 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 40,000+ companies worldwide.



## United States Bankruptcy Court
### Northern District of Georgia

In re **Jaylen Raquon Paulk**     Case No. **21-50830-lrc**
Debtor(s)     Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **October 31, 2023**, a copy of **Debtor's Amended Schedules, Statement of Intentions, Attorney Compensation Statement, Summary of Assets and Liabilities and Declaration of Debtor** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Jaylen Raquon Paulk**
**183 Travelers Rest Circle**
**Apt. 1**
**Douglas, GA 31533**

**Melissa Davey**
**Chapter 13 Trustee**
**233 Peachtree Street, NE**
**Suite 2250**
**Atlanta, GA 30303**

**S. Gregory Hays**
**Hays Financial Consulting, LLC**
**Suite 555**
**2964 Peachtree Road**
**Atlanta, GA 30305**

**-All Creditors on the Attached Matrix-**

**/s/ Stanley J. Kakol, Jr.**
**Stanley J. Kakol, Jr. 406060**
**Law Offices of Stanley J. Kakol, Jr.**
**5353 Fairington Road, Suite C**
**Lithonia, GA 30038-1164**
**(770) 800-0440 Fax:(770) 800-0494**
**stan@sjklawfirm.com**

```
Label Matrix for local noticing          1st Franklin                              Accloancomp
113E-1                                   1351 Bowens Mill Rd. SE                   PO Box 1075
Case 21-50830-lrc                        Douglas, GA 31533-1532                    Cordele, GA 31010-1075
Northern District of Georgia
Atlanta
Tue Oct 31 12:25:54 EDT 2023

Bridgecrest Credit Co. LLC               Capital One                               Carvana, LLC
7300 East Hampton Avenue                 Attn: Bankruptcy                          PO Box 29018
Suite 100                                P.O.Box 30285                             Phoenix, AZ 85038-9018
Mesa, AZ 85209-3324                      Salt Lake City, UT 84130-0285


(p)FARMERS FURNITURE                     (p)GEORGIA DEPARTMENT OF REVENUE          GS Bank USA
ATTN CORPORATE CREDIT DEPT               COMPLIANCE DIVISION                       Lockbox 6112
PO BOX 1140                              ARCS BANKRUPTCY                           Philadelphia, PA 19170-0001
DUBLIN GA 31040-1140                     1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202


S. Gregory Hays                          Internal Revenue Service                  Stanley J. Kakol Jr.
Hays Financial Consulting, LLC           401 W. Peachtree Street, NW               The Law Offices of Stanley J. Kakol, Jr.
Suite 555                                Stop #334-D Room 400                      5353 Fairington Road
2964 Peachtree Road                      Atlanta, GA 30308                         Suite C
Atlanta, GA 30305-4909                                                             Lithonia, GA 30038-1164


NPRTO Georgia, LLC                       NPRTO Georgia, LLC                        Navy Federal Credit Union
256 West Data Drive                      c/o Shannon Saldivar                      P.O. Box 3000
Draper, UT 84020-2315                    256 W Data Drive                          Merrifield, VA 22119-3000
                                         Draper, UT 84020-2315


Office of the United States Trustee      PRA Receivables Management, LLC           Jaylen Raquon Paulk
362 Richard Russell Building             PO Box 41021                              183 Travelers Rest Circle
75 Ted Turner Drive, SW                  Norfolk, VA 23541-1021                    Apt. 1
Atlanta, GA 30303-3315                                                             Douglas, GA 31535-7127


(p)PORTFOLIO RECOVERY ASSOCIATES LLC     Synchrony Bank                            United States Attorney
PO BOX 41067                             Attn: Bankruptcy Dept                     Northern District of Georgia
NORFOLK VA 23541-1067                    P.O. Box 965061                           75 Ted Turner Drive SW, Suite 600
                                         Orlando, FL 32896-5061                    Atlanta GA 30303-3309


Verizon by American InfoSource as agent
4515 N. Santa Fe Ave
Oklahoma City, OK 73118-7901
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Farmers Home Furniture                   GEORGIA DEPARTMENT OF REVENUE             (d)Georgia Department of Revenue
Attn: Corporate Credit Department        COMPLIANCE DIVISION, ARCS - BANKRUPTCY    Attn: Bankruptcy Department
P.O. Box 1140                            1800 CENTURY BLVD NE, SUITE 9100          1800 Century Boulevard, NE
Dublin, GA 31040                         ATLANTA GA 30345-3205                     Suite 9100
                                                                                   Atlanta, GA 30345
```

```
Portfolio Recovery              (d)Portfolio Recovery Associates, LLC        End of Label Matrix
P.O. Box 41067                     POB 41067                                 Mailable recipients    21
Norfolk, VA 23541                  Norfolk, VA 23541                         Bypassed recipients     0
                                                                             Total                  21
```